114

835 A.2d 681

IN THE MATTER OF RUSSELL G. CHEEK, AN ATTORNEY
AT LAW (ATTORNEY NO. 033961980).

December 2, 2003.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–215 and 03–267, concluding that **RUSSELL G. CHEEK** of **TOMS RIVER**, who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.16(d) (failure to turn over client files), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RUSSELL G. CHEEK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective December 29, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.